APPEAL No. 77-151. RONALD ROY *v.* PROVIDENCE METALIZING Co. The respondent's motion for a stay of the final decree of the Workmen's Compensation Commission in this case is granted.

This case is specially assigned to the calendar for October, 1977 for oral argument. *Raul L. Lovett,* for petitioner. *Eldridge H. Henning, Jr.,* for respondent.